Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−16360−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jalvis A. Sosa
  aka Jalvis Sosa
  P.O. Box 7035
  Newark, NJ 07107

Social Security No.:
  xxx−xx−1687

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 04/13/2018 and a confirmation hearing on such Plan has been scheduled for 5/23/2018.

The debtor filed a Modified Plan on 05/23/2018 and a confirmation hearing on the Modified Plan is scheduled for 6/13/2018 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: May 24, 2018
JAN: mg

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-16360-SLM
Jalvis A. Sosa                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2            Date Rcvd: May 24, 2018
                               Form ID: 186             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
```
db             +Jalvis A. Sosa,    P.O. Box 7035,    Newark, NJ 07107-0035
517427322       American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
517427320      +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
517427321      +American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
517539272       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517514931      +Aspire Federal Credit Union,    c/o Peter J. Liska. LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517427327     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    4161 Piedmont Parkway,    NC4-105-03-14,
                 Greensboro, NC 27410)
517427329     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank USA NA,    15000 Capital One Drive,
                 Richmond, VA 23238-1119)
517427330       Capital One Bank USA NA,    PO Box 30285,    Salt Lake City, UT 84130-0285
517427328       Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
517427333      +Chase Bank,    C/O Bank One,    PO Box 15548,    Wilmington, DE 19886-5548
517427331       Chase Bank,    C/O Bank One,    PO Box 15298,    Wilmington, DE 19850-5298
517427332      +Chase Bank,    C/O Bank One,    800 Brooksedge Boulevard,    Westerville, OH 43081-2822
517427334      +Christian DeAza,    345 7th Avenue West, 2nd Floor,    Newark, NJ 07107-2228
517427338       Citibank, N.A.,    C/O The Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
517427335       Citibank, N.A.,    C/O Best Buy, Co.,    PO Box 6497,    Sioux Falls, SD 57117-6497
517427336      +Citibank, N.A.,    C/O Best Buy, Co.,    PO Box 6500,    Sioux Falls, SD 57117-6500
517427337      +Citibank, N.A.,    C/O Best Buy, Co.,    PO Box 6241,    Sioux Falls, SD 57117-6241
517427339      +Citibank, N.A.,    C/O The Home Depot,    PO Box 6241,    Sioux Falls, SD 57117-6241
517427340      +Citibank, N.A.,    C/O The Home Depot,    P.O. Box 790328,    St. Louis, MO 63179-0328
517427343       Citibank, NA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517427342      +Citibank, NA,    PO Box 6500,    Sioux Falls, SD 57117-6500
517427341      +Citibank, NA,    PO Box 6241,    Sioux Falls, SD 57117-6241
517466525      +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
517427344      +Citizens Bank, NA,    RBS Citizens NA,    480 Jefferson Boulevard,    Warwick, RI 02886-1359
517427345      +Citizens Bank, NA,    RBS Citizens NA,    One Citizens Plaza,    Riverside, RI 02915-3000
517427346      +Citizens Bank, NA,    RBS Citizens NA,    DDA Recovery Department,    P.O. Box 42023,
                 Providence, RI 02940-2023
517427347      +Comenity Bank,    C/O Victoria's Secret,    PO Box 182789,    Columbus, OH 43218-2789
517427348      +Comenity Bank,    C/O Victoria's Secret,    PO Box 182273,    Columbus, OH 43218-2273
517427349      +Comenity Bank,    C/O Victoria's Secret,    PO Box 182125,    Columbus, OH 43218-2125
517427350       Federal Employees Newark FCU,    970 Broad Street, Room 132,    Newark, NJ 07102-2534
517427352      +Lending Point LLC,    1201 Roberts Boulevard, Suite 200,    Kennesaw, GA 30144-3612
517427353      +Maria Campos,    345 7th Avenue West,    Basement,    Newark, NJ 07107-2228
517427358       Quicken Loans, Inc.,    P.O. Box 442359,    Detroit, MI 48244-2359
517427361      +Web Bank,    C/O Dell Financial Services,    1 Dell Way PS2DF-2,    Round Rock, TX 78682-7000
517427359      +Web Bank,    C/O Dell Financial Services,    P.O. Box 81607,    Austin, TX 78708-1607
517427360      +Web Bank,    C/O Dell Financial Services,    P.O. Box 81577,    Austin, TX 78708-1577
517427363      +Wells Fargo Bank,    Credit Bureau Disputes,    B6955 019,    PO Box 31557,
                 Billings, MT 59107-1557
517427364      +Wells Fargo Bank,    Legal Order Processing,    S4001-01E,    P.O. Box 29779,
                 Phoenix, AZ 85038-9779
517427362      +Wells Fargo Bank,    P.O. Box 94435,    Albuquerque, NM 87199-4435
517459872      +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 24 2018 23:55:34     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2018 23:55:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517427323      +E-mail/Text: smacknowski@msscuso.com May 24 2018 23:56:07     Aspire Federal Credit Union,
                 67 Walnut Avenue, Suite 401,    Clark, NJ 07066-1696
517427324      +E-mail/Text: smacknowski@msscuso.com May 24 2018 23:56:07     Aspire Federal Credit Union,
                 1 Aviation Plaza,    Jamaica, NY 11434-4809
517427329       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 24 2018 23:59:49
                 Capital One Bank USA NA,    15000 Capital One Drive,    Richmond, VA 23238-1119
517427328       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 24 2018 23:58:23
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
517427330       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 24 2018 23:59:49
                 Capital One Bank USA NA,    PO Box 30285,    Salt Lake City, UT 84130-0285
517427351      +E-mail/Text: bk@lendingclub.com May 24 2018 23:56:06     Lending Club Corporation,
                 71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
517427356      +E-mail/Text: bkr@cardworks.com May 24 2018 23:54:38     Merrick Bank,
                 10705 S Jordan Gateway, Suite 200,    South Jordan, UT 84095-3977
517427354      +E-mail/Text: bkr@cardworks.com May 24 2018 23:54:38     Merrick Bank,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: May 24, 2018
                              Form ID: 186             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517427355         +E-mail/Text: bkr@cardworks.com May 24 2018 23:54:38        Merrick Bank,    P.O. Box 5000,
                    Draper, UT 84020-5000
517476031         +E-mail/Text: bankruptcyteam@quickenloans.com May 24 2018 23:55:57         Quicken Loans Inc.,
                    635 Woodward Avenue,    Detroit, MI 48226-3408
517427357         +E-mail/Text: bankruptcyteam@quickenloans.com May 24 2018 23:55:57         Quicken Loans, Inc.,
                    1050 Woodward Avenue,    Detroit, MI 48226-1906
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517427326*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                   (address filed with court: Bank Of America,     PO Box 982235,    El Paso, TX 79998-2235)
517427325*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                   (address filed with court: Bank Of America,     PO Box 982238,    El Paso, TX 79998-2238)
                                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
```
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz     on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
              Roger   Chavez     on behalf of Debtor Jalvis A. Sosa rchavez01@aol.com,    rchavez@chavezlegal.com
              Ronald S. Gellert     on behalf of Creditor    Citizens Bank, N.A. rgellert@gsbblaw.com,
               abrown@gsbblaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```