UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROGER CHAVEZ, ESQ. (RC4040)
744 BROAD STREET, SUITE 1600
NEWARK, NEW JERSEY 07102
(973) 735-0530
ATTORNEY FOR DEBTOR, JALVIS A. SOSA

**Order Filed on June 26, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

**In Re:**

JALVIS A. SOSA,

        **Debtor**

| | |
|---|---|
| Case No.: | 18-16360/SLM |
| Chapter: | 13 |
| Judge: | Stacey L. Meisel |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 26, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that Roger Chavez, Esquire, the applicant, is allowed a fee of $2,750.00 for services rendered and expenses in the amount of $0.00 for a total of $2,750.00.  The allowance is payable:

☒ $2,500.00 through the Chapter 13 plan as an administrative priority.

☒ $250.00 already paid outside the plan.

The debtor's monthly plan is modified to require a payment of <u>$855.17</u> per month for <u>the remaining 57</u> months to allow for payment of the above fee.

*rev.8/1/15*