| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Roger Chavez, Esq. (RC4040)<br>The National Newark Building<br>744 Broad Street, Suite 1600<br>Newark, NJ 07102<br>(973) 735-0530<br>Attorney for Debtor, JALVIS A. SOSA | <br><br>Order Filed on July 21, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JALVIS A. SOSA,<br><br><br>Debtor. | Case No.: 18-16360/SLM<br><br>Chapter 13<br><br>Hearing Date: July 14, 2021<br><br>Judge: Stacey L. Meisel |

**RETROACTIVELY AUTHORIZING**
**~~NUNC PRO TUNC~~ ORDER ˅ ~~APPROVING~~ THE SUBORDINATE MORTGAGE AGREEMENT BETWEEN THE DEBTOR AND QUICKEN LOANS, LLC**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 21, 2021**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: JALVIS A. SOSA
Chapter 13 | Case No. 18-16360/SLM
Caption of Order: ~~NUNC PRO TUNC~~ ORDER ~~APPROVING~~ ᵛ Retroactively Authorizing THE SUBORDINATE MORTGAGE AGREEMENT BETWEEN THE DEBTOR AND QUICKEN LOANS, LLC

---

This matter having being opened to the Court by Roger Chavez, as counsel for Debtor, Jalvis A. Sosa, upon the filing of the Debtors' Motion for a *Nunc Pro Tunc* Order Approving the Subordinate Mortgage Agreement entered between Debtor and Quicken Loans, LLC; and copies of said Motion having been served upon the Office of the U.S. Trustee, the Chapter 13 Standing Trustee, Secretary of Housing and Urban Development, Quicken Loans, LLC, its attorneys and noticed parties; and upon consideration of the Certification of Debtor in Support of his Motion; and it appearing that the relief requested in the Debtor's Motion is warranted:

**IT IS ORDERED** that the ᵛ Debtor is retroactively authorized to enter the subordinate mortgage agreement (as fully incorporated as Exhibit A to Debtor's Certification in Support of his Motion), dated May 7, 2021, between the Debtor and Quicken Loans, LLC. ~~is hereby approved on a *nunc pro tunc* basis.~~

**IT IS ORDERED** that Quicken Loans, LLC, shall record the instrument containing the terms of the subordinate mortgage agreement with the Office of the Essex County Register.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**