Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−16360−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jalvis A. Sosa
   aka Jalvis Sosa
   P.O. Box 7035
   Newark, NJ 07107

Social Security No.:
   xxx−xx−1687

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       8/17/21
Time:       02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Roger Chavez, Debtor's Attorney,

COMMISSION OR FEES
$1,473.00

EXPENSES
$27.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 23, 2021
JAN:

Jeanne Naughton
Clerk

Case 18-16360-SLM    Doc 52    Filed 07/25/21    Entered 07/26/21 00:19:45    Desc Imaged
Certificate of Notice    Page 2 of 6

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-16360-SLM |
| Jalvis A. Sosa | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 23, 2021 | Form ID: 137 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jalvis A. Sosa, P.O. Box 7035, Newark, NJ 07107-0035 |
| 517427322 | | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517427320 | + | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 517427321 | + | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 517539272 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517514931 | + | Aspire Federal Credit Union, c/o Peter J. Liska. LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 517427327 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, 4161 Piedmont Parkway, NC4-105-03-14, Greensboro, NC 27410 |
| 517427334 | + | Christian DeAza, 345 7th Avenue West, 2nd Floor, Newark, NJ 07107-2228 |
| 517580522 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 517427350 | | Federal Employees Newark FCU, 970 Broad Street, Room 132, Newark, NJ 07102-2534 |
| 517427352 | + | Lending Point LLC, 1201 Roberts Boulevard, Suite 200, Kennesaw, GA 30144-3612 |
| 517427353 | + | Maria Campos, 345 7th Avenue West, Basement, Newark, NJ 07107-2228 |
| 517427358 | | Quicken Loans, Inc., P.O. Box 442359, Detroit, MI 48244-2359 |
| 517427363 | + | Wells Fargo Bank, Credit Bureau Disputes, B6955 019, PO Box 31557, Billings, MT 59107-1557 |
| 517427362 | + | Wells Fargo Bank, P.O. Box 94435, Albuquerque, NM 87199-4435 |
| 517427364 | + | Wells Fargo Bank, Legal Order Processing, S4001-01E, P.O. Box 29779, Phoenix, AZ 85038-9779 |
| 517459872 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 23 2021 20:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 23 2021 20:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517427324 | + | Email/Text: smacknowski@msscuso.com | Jul 23 2021 20:16:00 | Aspire Federal Credit Union, 1 Aviation Plaza, Jamaica, NY 11434-4809 |
| 517427323 | + | Email/Text: smacknowski@msscuso.com | Jul 23 2021 20:16:00 | Aspire Federal Credit Union, 67 Walnut Avenue, Suite 401, Clark, NJ 07066-1696 |
| 517427329 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 23 2021 20:19:19 | Capital One Bank USA NA, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 517466525 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 23 2021 20:15:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 517427344 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 23 2021 20:15:00 | Citizens Bank, NA, RBS Citizens NA, 480 Jefferson Boulevard, Warwick, RI 02886 |
| 517427346 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 23 2021 20:15:00 | Citizens Bank, NA, RBS Citizens NA, DDA Recovery Department, P.O. Box 42023, Providence, RI 02940 |

Case 18-16360-SLM   Doc 52   Filed 07/25/21   Entered 07/26/21 00:19:45   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2021 | Form ID: 137 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 517427345 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 23 2021 20:15:00 | Citizens Bank, NA, RBS Citizens NA, One Citizens Plaza, Riverside, RI 02915-3019 |
| 517427328 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 23 2021 20:19:19 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517427330 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 23 2021 20:19:19 | Capital One Bank USA NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517427337 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2021 20:19:26 | Citibank, N.A., C/O Best Buy, Co., PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517427335 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2021 20:19:26 | Citibank, N.A., C/O Best Buy, Co., PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517427336 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2021 20:19:26 | Citibank, N.A., C/O Best Buy, Co., PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517427340 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2021 20:19:34 | Citibank, N.A., C/O The Home Depot, P.O. Box 790328, St. Louis, MO 63179-0328 |
| 517427339 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2021 20:19:34 | Citibank, N.A., C/O The Home Depot, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517427338 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2021 20:19:40 | Citibank, N.A., C/O The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517427343 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2021 20:19:24 | Citibank, NA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517427342 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2021 20:19:26 | Citibank, NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517427341 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2021 20:19:42 | Citibank, NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517427349 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 23 2021 20:16:00 | Comenity Bank, C/O Victoria's Secret, PO Box 182125, Columbus, OH 43218-2125 |
| 517427348 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 23 2021 20:16:00 | Comenity Bank, C/O Victoria's Secret, PO Box 182273, Columbus, OH 43218-2273 |
| 517427347 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 23 2021 20:16:00 | Comenity Bank, C/O Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 517427332 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 23 2021 20:19:30 | Chase Bank, C/O Bank One, 800 Brooksedge Boulevard, Westerville, OH 43081 |
| 517427331 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 23 2021 20:19:30 | Chase Bank, C/O Bank One, PO Box 15298, Wilmington, DE 19850-5298 |
| 517427333 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 23 2021 20:19:30 | Chase Bank, C/O Bank One, PO Box 15548, Wilmington, DE 19886 |
| 517575960 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2021 20:19:33 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517427351 | + | Email/Text: bk@lendingclub.com | Jul 23 2021 20:16:00 | Lending Club Corporation, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 517580005 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 23 2021 20:19:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517427355 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 23 2021 20:19:29 | Merrick Bank, P.O. Box 5000, Draper, UT 84020-5000 |
| 517427354 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 23 2021 20:19:19 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 517427356 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 23 2021 20:19:29 | Merrick Bank, 10705 S Jordan Gateway, Suite 200, South Jordan, UT 84095-3977 |
| 517572292 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 18-16360-SLM    Doc 52    Filed 07/25/21    Entered 07/26/21 00:19:45    Desc Imaged
                              Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2021 | Form ID: 137 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 23 2021 20:16:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517476031 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 23 2021 20:16:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517427357 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 23 2021 20:16:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 517427360 | + | Email/PDF: DellBKNotifications@resurgent.com | Jul 23 2021 20:19:23 | Web Bank, C/O Dell Financial Services, P.O. Box 81577, Austin, TX 78708-1577 |
| 517427359 | + | Email/PDF: DellBKNotifications@resurgent.com | Jul 23 2021 20:19:40 | Web Bank, C/O Dell Financial Services, P.O. Box 81607, Austin, TX 78708-1607 |
| 517427361 | + | Email/PDF: DellBKNotifications@resurgent.com | Jul 23 2021 20:19:24 | Web Bank, C/O Dell Financial Services, 1 Dell Way PS2DF-2, Round Rock, TX 78682-7000 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517427326 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, PO Box 982235, El Paso, TX 79998-2235 |
| 517427325 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| Roger Chavez | on behalf of Debtor Jalvis A. Sosa rchavez01@aol.com  rchavez@chavezlegal.com |
| Ronald S. Gellert | on behalf of Creditor Citizens Bank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                       User: admin                              Page 4 of 4
Date Rcvd: Jul 23, 2021                    Form ID: 137                         Total Noticed: 55

TOTAL: 6