**ATTORNEY AT LAW**

**PETER J. LISKA, LLC**

Peter J. Liska  Member of NJ, NY & Washington, DC BAR
Elizabeth A. Hopkins • Allison J. Kiffin

TEL 732•933•7777   FAX 732•224•8914   COLLECTIONS@PETERLISKA.COM
766 Shrewsbury Avenue • Tinton Falls • New Jersey 07724

March 3, 2022

Via CM/ECF
Marie Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Road, Suite 330
Fairfield, N.J. 07004

   *In Re: Jalvis A. Sosa*
      *Case No. 18-16360*
      *Our File No. 1138-1763*

Dear Trustee:

  Please be advised that the Law Offices of Peter J. Liska, LLC will be closing our Litigation Department with a tentative closing date of March 31, 2022. Thereafter, we will not be accepting Trustee payments on behalf of our clients.

  **EFFECTIVE IMMEDIATELY**, *please send all Trustee payments and bankruptcy notices directly to the Credit Union at the new address provided below*.

| | |
|---|---|
| Party's Name/Type: | Aspire Federal Credit Union, Creditor |
| Old Address: | c/o Peter J. Liska, LLC<br>766 Shrewsbury Avenue<br>Tinton Falls, NJ 07724 |
| New Address: | PenFed Credit Union (successor by merger)<br>Attn. Phil Ferguson<br>PO Box 1432<br>Alexandria, VA 22313-9862 |

All inquiries regarding this case should be directed to the Credit Union.

        Thank you,

        *Allison J. Kiffin, Esq.*

        Allison J. Kiffin, Esq. for
        Peter J. Liska, LLC

AJK/kg