| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: <br><br> JALVIS A. SOSA, <br><br> DEBTOR. | Case No.: __18-16360/SLM__ <br><br> Chapter: __13__ <br><br> Judge: __SLM__ |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Jalvis A. Sosa_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __04/13/2023__      /s/ Jalvis A. Sosa
                         Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/18