| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jalvis A. Sosa<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–1687<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    18–16360–SLM | | |

## Order of Discharge                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Jalvis A. Sosa
    aka Jalvis Sosa

6/12/23                                                **By the court:** Stacey L. Meisel
                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Jalvis A. Sosa  
    Debtor

Case No. 18-16360-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Jun 12, 2023      Form ID: 3180W      Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jalvis A. Sosa, P.O. Box 7035, Newark, NJ 07107-0035 |
| cr | + | Aspire Federal Credit Union, Attn: Phil Ferguson, P.O. Box 1432, Alexandria, VA 22313-1432 |
| cr | + | Aspire Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 519667088 | + | Aspire Federal Credit Union, PenFed Credit Union, Attn. Phil Ferguson, PO Box 1432, Alexandria, VA 22313-1432 |
| 517427334 | + | Christian DeAza, 345 7th Avenue West, 2nd Floor, Newark, NJ 07107-2228 |
| 517427350 | | Federal Employees Newark FCU, 970 Broad Street, Room 132, Newark, NJ 07102-2534 |
| 517427353 | + | Maria Campos, 345 7th Avenue West, Basement, Newark, NJ 07107-2228 |
| 517427362 | + | Wells Fargo Bank, PO Box 564300, Charlotte, NC 28256-4300 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 12 2023 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 12 2023 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517427321 | + | Email/PDF: bncnotices@becket-lee.com | Jun 12 2023 21:16:36 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 517427320 | + | Email/PDF: bncnotices@becket-lee.com | Jun 12 2023 21:16:54 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 517427322 | | Email/PDF: bncnotices@becket-lee.com | Jun 12 2023 21:17:25 | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517539272 | | Email/PDF: bncnotices@becket-lee.com | Jun 12 2023 21:16:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517427324 | + | Email/Text: smacknowski@msscuso.com | Jun 12 2023 21:08:00 | Aspire Federal Credit Union, 1 Aviation Plaza, Jamaica, NY 11434-4809 |
| 517427323 | + | Email/Text: smacknowski@msscuso.com | Jun 12 2023 21:08:00 | Aspire Federal Credit Union, 67 Walnut Avenue, Suite 401, Clark, NJ 07066-1696 |
| 517427327 | | EDI: BANKAMER.COM | Jun 13 2023 00:59:00 | Bank Of America, 4161 Piedmont Parkway, NC4-105-03-14, Greensboro, NC 27410 |
| 517427326 | | EDI: BANKAMER.COM | Jun 13 2023 00:59:00 | Bank Of America, PO Box 982235, El Paso, TX 79998-2235 |
| 517427325 | | EDI: BANKAMER.COM | Jun 13 2023 00:59:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 517427329 | | EDI: CAPITALONE.COM | Jun 13 2023 00:59:00 | Capital One Bank USA NA, 15000 Capital One |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Drive, Richmond, VA 23238-1119 |
| 517466525 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 12 2023 21:06:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 517427344 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 12 2023 21:06:00 | Citizens Bank, NA, RBS Citizens NA, 480 Jefferson Boulevard, Warwick, RI 02886 |
| 517427346 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 12 2023 21:06:00 | Citizens Bank, NA, RBS Citizens NA, DDA Recovery Department, P.O. Box 42023, Providence, RI 02940 |
| 517427345 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 12 2023 21:06:00 | Citizens Bank, NA, RBS Citizens NA, One Citizens Plaza, Riverside, RI 02915-3019 |
| 517427328 | | EDI: CAPITALONE.COM | Jun 13 2023 00:59:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517427330 | | EDI: CAPITALONE.COM | Jun 13 2023 00:59:00 | Capital One Bank USA NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517427337 | + | EDI: CITICORP.COM | Jun 13 2023 00:59:00 | Citibank, N.A., C/O Best Buy, Co., PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517427335 | | EDI: CITICORP.COM | Jun 13 2023 00:59:00 | Citibank, N.A., C/O Best Buy, Co., PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517427336 | + | EDI: CITICORP.COM | Jun 13 2023 00:59:00 | Citibank, N.A., C/O Best Buy, Co., PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517427340 | + | EDI: CITICORP.COM | Jun 13 2023 00:59:00 | Citibank, N.A., C/O The Home Depot, P.O. Box 790328, St. Louis, MO 63179-0328 |
| 517427339 | + | EDI: CITICORP.COM | Jun 13 2023 00:59:00 | Citibank, N.A., C/O The Home Depot, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517427338 | | EDI: CITICORP.COM | Jun 13 2023 00:59:00 | Citibank, N.A., C/O The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517427343 | | EDI: CITICORP.COM | Jun 13 2023 00:59:00 | Citibank, NA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517427342 | + | EDI: CITICORP.COM | Jun 13 2023 00:59:00 | Citibank, NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517427341 | + | EDI: CITICORP.COM | Jun 13 2023 00:59:00 | Citibank, NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517427349 | + | EDI: WFNNB.COM | Jun 13 2023 00:59:00 | Comenity Bank, C/O Victoria's Secret, PO Box 182125, Columbus, OH 43218-2125 |
| 517427348 | + | EDI: WFNNB.COM | Jun 13 2023 00:59:00 | Comenity Bank, C/O Victoria's Secret, PO Box 182273, Columbus, OH 43218-2273 |
| 517427347 | + | EDI: WFNNB.COM | Jun 13 2023 00:59:00 | Comenity Bank, C/O Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 517580522 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2023 21:06:16 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 517427332 | | EDI: JPMORGANCHASE | Jun 13 2023 00:59:00 | Chase Bank, C/O Bank One, 800 Brooksedge Boulevard, Westerville, OH 43081 |
| 517427331 | | EDI: JPMORGANCHASE | Jun 13 2023 00:59:00 | Chase Bank, C/O Bank One, PO Box 15298, Wilmington, DE 19850-5298 |
| 517427333 | | EDI: JPMORGANCHASE | Jun 13 2023 00:59:00 | Chase Bank, C/O Bank One, PO Box 15548, Wilmington, DE 19886 |
| 517575960 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2023 21:06:19 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517427351 | + | EDI: LENDNGCLUB | | |

Case 18-16360-SLM    Doc 66    Filed 06/14/23    Entered 06/15/23 00:15:31    Desc Imaged
                              Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 12, 2023 | Form ID: 3180W | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 13 2023 00:59:00 | Lending Club Corporation, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 517427352 | | ^  MEBN | | |
| | | | Jun 12 2023 21:01:48 | Lending Point LLC, 1201 Roberts Boulevard, Suite 200, Kennesaw, GA 30144-3612 |
| 517580005 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 12 2023 21:04:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517427355 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 12 2023 21:06:10 | Merrick Bank, P.O. Box 5000, Draper, UT 84020-5000 |
| 517427354 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 12 2023 21:06:10 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 517427356 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 12 2023 21:04:14 | Merrick Bank, 10705 S Jordan Gateway, Suite 200, South Jordan, UT 84095-3977 |
| 517572292 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jun 12 2023 21:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517514931 | + | Email/Text: bkrgeneric@penfed.org | | |
| | | | Jun 12 2023 21:06:00 | PenFed Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 517476031 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jun 12 2023 21:08:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517427358 | | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jun 12 2023 21:08:00 | Quicken Loans, Inc., P.O. Box 442359, Detroit, MI 48244-2359 |
| 517427357 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jun 12 2023 21:08:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 517427360 | + | Email/PDF: DellBKNotifications@resurgent.com | | |
| | | | Jun 12 2023 21:16:36 | Web Bank, C/O Dell Financial Services, P.O. Box 81577, Austin, TX 78708-1577 |
| 517427359 | + | Email/PDF: DellBKNotifications@resurgent.com | | |
| | | | Jun 12 2023 21:06:16 | Web Bank, C/O Dell Financial Services, P.O. Box 81607, Austin, TX 78708-1607 |
| 517427361 | + | Email/PDF: DellBKNotifications@resurgent.com | | |
| | | | Jun 12 2023 21:06:16 | Web Bank, C/O Dell Financial Services, 1 Dell Way PS2DF-2, Round Rock, TX 78682-7000 |
| 517427364 | + | EDI: WFFC.COM | | |
| | | | Jun 13 2023 00:59:00 | Wells Fargo Bank, Legal Order Processing, S4001-01E, P.O. Box 29779, Phoenix, AZ 85038-9779 |
| 517427363 | + | EDI: WFFC2 | | |
| | | | Jun 13 2023 00:59:00 | Wells Fargo Bank, Credit Bureau Disputes, B6955 019, PO Box 31557, Billings, MT 59107-1557 |
| 517459872 | + | EDI: WFFC2 | | |
| | | | Jun 13 2023 00:59:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 12, 2023 | Form ID: 3180W | Total Noticed: 60 |

Date: Jun 14, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Allison J. Kiffin
on behalf of Creditor Aspire Federal Credit Union collections@peterliska.com

Brian C. Nicholas
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Roger Chavez
on behalf of Debtor Jalvis A. Sosa rchavez@chavezlegal.com  rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net

Ronald S. Gellert
on behalf of Creditor Citizens Bank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7